# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0716. JESSICA CANNON v. CARLOS CANNON.

Jessica Cannon appeals the trial court's order denying her petition for citation of contempt and granting Carlos Cannon's counter-petition for citation of contempt based on alleged violations of their divorce settlement agreement.[1] After a hearing, the trial court found Jessica in contempt for preventing Carlos from claiming a child care tax exemption, but declined to hold Carlos in contempt for failing to pay certain medical expenses. The court also awarded Carlos attorney fees under OCGA §§ 9-15-14 and 19-9-2. We lack jurisdiction over this appeal.

Appeals from orders in domestic relations cases must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2), (b); see also *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, Jessica's failure to follow the discretionary review procedure deprives us of jurisdiction over her appeal. See id.

---

[1] The parties also sought to modify child support payments, but then agreed to reach a settlement on child support arrearage within 30 days.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,    11/27/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*